UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONAHUE A. MILLER,

                             Petitioner,

            vs                                      9:06-CV-177

CARL B. HUNT, Superintendent of Groveland
Correctional Facility,

                             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

DEAN W. GALUSHA
Petitioner, Pro Se
98-B-1336
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

HON. ANDREW M. CUOMO            MICHELLE ELAINE MAEROV, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner, Donahue A. Miller, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated October 30, 2007, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and the petition dismissed. Petitioner has filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in all respects.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   January 15, 2008
         Utica, New York.